# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT A. MAUGHAN,

        Plaintiff,

                                        2:12-cv-00327-KJD-RJJ

vs.

                                        **ORDER**

NYE COUNTY SHERIFF'S OFFICE, *et al.*,

        Defendants.

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. On July 17, 2012, the court issued an order screening plaintiff's complaint. (ECF No. 6.) The order was mailed to plaintiff at his address of record. On August 1, 2012, the order mailed to plaintiff was returned to the court as undeliverable. (ECF No. 8.) After plaintiff updated his address on October 18, 2012, (ECF No. 9), the court remailed the screening order and complaint. Again, the mail was returned to the court as undeliverable. (ECF No. 11.)

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. A litigant's failure to do so may result in dismissal of the action. Local Special Rule 2-2. Accordingly, the court dismisses this action without prejudice pursuant to Local Special Rule 2-2.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close this case.

DATED: November 8, 2012.

_____
UNITED STATES DISTRICT JUDGE